ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| DERRICK WARREN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 316-043 |
| | ) | |
| JULIAN BRANTLEY, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

Plaintiff, an inmate at Dooly State Prison in Unadilla, Georgia, submitted a *pro se* complaint and motion to proceed *in forma pauperis* ("IFP"), which the Clerk of Court filed in the Dublin Division of this Court. However, the only named defendant lives in Douglas, Coffee County, Georgia, and it appears the events in Plaintiff's complaint are alleged to have occurred in Coffee County prior to Plaintiff's incarceration. (See doc. no. 1, pp. 4-6.) As Coffee County is within the Waycross Division of the Southern District of Georgia, the case shall be transferred. Accordingly, the case is **TRANSFERRED** to the Waycross Division and is assigned Civil Action Number CV516-045. The motion to proceed IFP shall be taken up once the case has been transferred. Plaintiff should be aware that all future filings in this case should be made with the Clerk, U.S. District Court, Post Office Box 1636, Brunswick, Georgia 31521.

SO ORDERED this 16 day of June, 2016, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE